**Order entered February 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00936-CR

### BEDROS NOBAR MINASSIAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F08-54609-P

## ORDER

On December 5, 2013, this court ordered the 203rd Judicial District Court trial court to make findings regarding why appellant's brief had not been filed and to file a certification of appellant's right to appeal that accurately reflects the trial court proceedings. We were later notified that the case had been transferred to the 194th Judicial District Court at some point after sentence was imposed. On February 21, 2014, we received appellant's brief, together with an extension motion. To date, however, we have not received a certification of appellant's right to appeal related to the March 29, 2013 probation revocation proceeding. Nevertheless, in the interest of expediting the appeal, this is now the order of the Court.

We **GRANT** the February 21, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

We **ORDER** the Honorable Earnest White, Presiding Judge of the 194th Judicial District Court, to prepare and file, within **FIFTEEN DAYS** of the date of this order, a certification of appellant's right to appeal that accurately reflects the March 29, 2013 probation revocation proceeding. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 2013 WL 5220904 (Tex. Crim. App. Sept. 18, 2013).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Earnest White, Presiding Judge, 194th Judicial District Court; Lawrence Stokes, Court Coordinator, 194th Judicial District Court; Deirdre Gill, Chief Clerk, 194th Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     DAVID EVANS
JUSTICE